THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARI IZUMIKAWA, | CASE NO. C23-1923-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for dismissal (Dkt. No. 13). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared." Accordingly, the parties' stipulation here is self-executing and this action is DISMISSED. The Clerk is DIRECTED to close this case.

//

//

//

//

MINUTE ORDER
C23-1923-JCC
PAGE - 1

DATED this 13th day of August 2024.

Ravi Subramanian  
Clerk of Court

s/Kathleen Albert  
Deputy Clerk